1

2

3                         UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
4                                    AT TACOMA

5    CHRISTINE BECKER,

6              Plaintiff,

7         v.                                      Case No. C06-5657 FDB

8    GOOD SAMARITAN COMMUNITY                     ORDER GRANTING
     HEALTHCARE, et al.,,                         CONTINUANCE AND
9                                                  NOTICE OF INTENT TO DISMISS

10             Defendant.

11

12        On March 27, 2007, this Court entered an Order on Notice of Intent to Dismiss for Failure to

13   Prosecute.  The Order directed pro se Plaintiff to show cause why she had not responded to the

14   Court's prior Minute Order setting March 16, 2007, as the deadline for filing a joint status report and

15   why this action should not be dismissed for failure to prosecute.  Plaintiff has responded seeking an

16   extension of time.  Plaintiff states the parties are negotiating in an attempt to reach a settlement.  The

17   Court finds it appropriate to allow settlement efforts to proceed.  Accordingly, the Court will extend

18   the deadline for filing a combined joint status report until May 11, 2007.  On or before that date

19   Plaintiff will either move for voluntary dismissal because this matter has settled or she shall submit

20   the joint status report.  In the event neither occurs, without further notice,  this Court will dismiss

21   this matter for failure to prosecute.

22        DATED this 16th day of April, 2007.

23

24                                         FRANKLIN D. BURGESS
                                           UNITED STATES DISTRICT JUDGE
25

26   ORDER - 1